William A. Hanssen (SB#110613)
DRINKER BIDDLE & REATH LLP
Wells Fargo Building, North Tower
333 South Grand Avenue
Los Angeles, California 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301
*william.hanssen@dbr.com*

Patrick J. Kelleher *(pro hac vice pending)*
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive #3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
*patrick.kelleher@dbr.com*

Attorneys for Defendant
BROETJE AUTOMATION-USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATELIERS DE LA HAUTE-GARONNE,<br>    a French corporation, and<br>F2C2 SYSTEM S.A.S.,<br>    a French corporation<br>                     Plaintiffs<br>    v.<br>BROETJE AUTOMATION, USA INC.,<br>    a Delaware corporation,<br>CLAAS FERTINGUNGSTECHNIK GMBH<br>d/b/a BROETJE AUTOMATION GMBH,<br>    a German Corporation, and<br>CLAAS KGAA MBH,<br>    a German corporation<br>                     Defendants. | **CV09-03350-CAS (MANx)**<br>Hon. Christina A. Synder<br><br>**BROETJE AUTOMATION-USA, INC.'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Per Local Rule 7.1-1] |

DRINKER BIDDLE &
REATH LLP

BROETJE AUTOMATION-USA, INC.'S CERTIFICATION AS TO INTERESTED PARTIES

In accordance with Fed.R.Civ.P. 7.1 and C.D.Cal. LR 7.1-1, defendant Broetje Automation-USA, Inc., provides the following information and undersigned counsel certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Broetje Automation-USA, Inc. is a Delaware corporation.

It is 100% owned by Brötje-Automation GmbH, a German limited liability company;

which is 100% owned by CLAAS Fertigungstechnik GmbH, a German limited liability;

which is 100% owned by CLAAS KgaA mbH, a German limited partnership by shares, which has no parent company and no publicly-traded company owning more than 10% of the shares.

Respectfully submitted,
BROETJE AUTOMATION-USA, INC.

Dated: 17 June 2009

/s/ *William A. Hanssen*
William A. Hanssen
**DRINKER BIDDLE & REATH LLP**
333 South Grand Avenue #1700
Los Angeles, CA 90071-1504
213.253.2300

Patrick J. Kelleher (*pro hac vice pending*)
**DRINKER BIDDLE & REATH LLP**
191 N. Wacker Dr. #3700
Chicago, IL 60606
312.569.1000

CH01/ 25353733.1