IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATELIERS DE LA HAUTE-GARONNE (French Corporation) and F2C2 SYSTEM S.A.S. (French Corporation),<br><br>  Plaintiff,<br><br>  v.<br><br>BROETJE AUTOMATION-USA INC. (Delaware Corporation), BROETJE-AUTOMATION GMBH (German Corporation),<br><br>  Defendants. | Civil Action No.: 09-598-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of the Rebuttal Expert Report of Dr. Harri K. Kytomaa, Ph.D., P.E., was caused to be served on May 2, 2011, upon the following counsel in the manner indicated:

**BY E-MAIL (by agreement of counsel)**

Todd C. Schiltz
(todd.schiltz@dbr.com)
David P. Primack
(david.primack@dbr.com)
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254

Patrick J. Kelleher
(Patrick.kelleher@dbr.com)
Darren S. Cahr
(darren.cahr@dbr.com)
Drinker Biddle & Reath, LLP
191 North Wacker Drive, Suite 3700
Chicago, IL  60606-1698

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
|  | /s/ James L. Higgins |
|  | Melanie K. Sharp (No. 2501)<br>Monté T. Squire (No. 4764)<br>James L. Higgins (No. 5021)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com |
|  | KAYE SCHOLER LLP<br>Scott G. Lindvall<br>Sarah Welborne Saunders<br>425 Park Avenue<br>New York, NY 10022-3598<br>(212) 836-8000 |
| Dated: May 2, 2011 | *Attorneys for Ateliers de la Haute-Garonne and F2C2 Systems S.A.S.* |