UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ATELIERS DE LA HAUTE-GARONNE,<br>    a French corporation, and<br>F2C2 SYSTEMS S.A.S.,<br>    a French corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>BROETJE AUTOMATION-USA INC.,<br>    a Delaware corporation,<br>BRÖTJE-AUTOMATION GMBH<br>    a German corporation,<br><br>                    Defendants. | No. 09-CV-598-LPS<br><br>Hon. Leonard P. Stark |

## DEFENDANTS' NOTICE OF DEPOSITION TO DR. HARRI K. KYTOMAA

PLEASE TAKE NOTICE that Defendants Broetje Automation-USA Inc., and Brötje-Automation GMBH ("Defendants"), by their counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and Local Rules, will take the deposition upon oral examination of Harri K. Kytomaa. Said deposition will take place on July 19, 2011, at the offices of Defendant's counsel, Drinker Biddle and Reath, LLP, 140 Broadway, 39th Flr. New York, NY 10005, at 10:00 a.m.

Said deposition shall be taken before a Notary Public or other officer authorized by law to administer oaths in the forum, and shall be recorded by stenographic means and by videotape. The deposition shall continue from day-

to-day, excluding weekends and holidays, until completed, or according to a schedule agreed upon by the parties.

|  |  |
|---|---|
|  | Respectfully submitted,<br>BROETJE AUTOMATION-USA INC., and<br>BRÖTJE-AUTOMATION GMBH |
| Dated:  June 28, 2011 | /s/ Todd C. Schiltz |
| Patrick J. Kelleher (admitted *pro hac vice*)<br>Darren S. Cahr  (admitted *pro hac vice*)<br>**DRINKER BIDDLE & REATH LLP**<br>191 N. Wacker Dr.  #3700<br>Chicago, IL  60606<br>312.569.1000<br>*patrick.kelleher@dbr.com*<br>*darren.cahr@dbr.com* | Todd C. Schiltz (No. 3253)<br>**DRINKER BIDDLE & REATH LLP**<br>1100 N. Market Street #1000<br>Wilmington, DE  19801-1254<br>302.467.4200<br>*todd.schiltz@dbr.com*<br>*david.primack@dbr.com*<br><br>**Attorneys for the Broetje Parties** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of June, 2011, I caused a copy of the foregoing **NOTICE OF DEPOSITION OF DR. HARRI K. KYTOMAA** to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading and emailed a copy of said document to the following counsel of record:

| | |
|---|---|
| Scott G. Lindvall<br>Sarah Welborne Saunders<br>Kay Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598<br>slindvall@kayescholer.com<br>ssaunders@kayescholer.com | Melanie K. Sharp<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>jhiggins@ycst.com<br>msharp@ycst.com |

/s/Todd C. Schiltz
Todd C. Schiltz (No. 3253)
**DRINKER BIDDLE & REATH LLP**
1100 N. Market Street #1000
Wilmington, DE 19801-1254
302.467.4200
*todd.schiltz@dbr.com*
*david.primack@dbr.com*

**Attorneys for the Broetje Parties**

PHIP/ 901302.1