IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATELIERS DE LA HAUTE-GARONNE (French Corporation) and F2C2 SYSTEMS S.A.S. (French Corporation),<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BROETJE AUTOMATION-USA INC. (Delaware Corporation) and BRÖTJE-AUTOMATION GMBH (German Corporation),<br><br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 09-598-LPS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this 30th day of March, 2015, for the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. AHG's Motion for Attorney Fees (D.I. 426) is DENIED.

2. Broetje's Motion for Judgment as a Matter of Law, or, in the alternative, for a New Trial, or to Alter or Amend the Judgment (D.I. 434) is GRANTED IN PART and DENIED IN PART, as follows:

    A. Broetje's Motion for JMOL and to alter judgment relating to willful trade dress infringement is GRANTED.

    B. Broetje's Motion for JMOL and to alter judgment relating to unfair competition is DENIED.

    C. Broetje's Motion for JMOL and to alter judgment relating to intentional

1

        interference with prospective economic advantage is GRANTED.

    D.    Broetje's Motion for JMOL and to alter judgment relating to patent infringement is DENIED.

    E.    Broetje's Motion for JMOL and to alter judgment relating to patent invalidity is DENIED.

    F.    Broetje's Motion for JMOL and to alter judgment relating to willful patent infringement is GRANTED.

    G.    Broetje's Motion for JMOL and to alter judgment relating to actual damages is DENIED.

    H.    Broetje's Motion for JMOL and to alter judgment relating to punitive damages is GRANTED.

    I.    Broetje's Motion for a New Trial is DENIED.

3.    AHG's Motion to Alter or Amend the Judgment (D.I. 441) is GRANTED IN PART and DENIED IN PART, as follows:

    A.    AHG's motion to include pre-judgment interest is GRANTED with respect to patent damages and DENIED with respect to non-patent damages..

    B.    AHG's motion to include post-judgment interest is GRANTED.

    C.    AHG's motion to obtain supplemental damages to cover sales of infringing products that were not accounted for in the parties' damages calculations is GRANTED.

    D.    AHG's motion to enhance damages, pursuant to the Lanham Act, is

     DENIED.

   E. AHG's motion to treble damages is DENIED.

   F. AHG's motion for a permanent injunction is DENIED.

4. The parties shall meet and confer and provide the Court a joint status report, which shall include identification of any additional issues the Court must resolve and any further proceedings that may be necessary before this case is ripe for appeal, and further provide the Court a proposed amended judgment order to reflect the decisions announced in today's Memorandum Opinion, no later than seven (7) days after the date of this Order.

_____
Honorable Leonard P. Stark
UNITED STATES DISTRICT COURT