IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATELIERS DE LA HAUTE-GARONNE (French Corporation) and F2C2 SYSTEMS S.A.S. (French Corporation),<br><br>Plaintiffs,<br><br>v.<br><br>BROETJE AUTOMATION-USA INC. (Delaware Corporation), BRÖTJE-AUTOMATION GMBH (German Corporation),<br><br>Defendants. | Civil Action No.: 09-598-LPS |

## STIPULATION OF DISMISSAL

The parties to this action, Plaintiffs by its principals alone directing undersigned counsel and Defendants by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be and is DISMISSED WITH PREJUDICE, as to all parties and all claims, each party to bear its own costs and attorneys' fees.

_____
Ateliers de la Haute-Garonne

_____
F2C2 Systems S.A.S.

_____ (#3133)
Broetje Automation –USA Inc.

_____ (#3133)
Brötje-Automation GMBH

_____
~~CLAAS America Inc.~~  Jn C. /doll (#3133)

CLAAS KgaA mbH

pp

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR. LLP | DRINKER BIDDLE & REATH LLP |
| /s/ Melanie K. Sharp (by permission Joseph C. Schoell #3133) | Joseph C. Schoell (No. 3133) |
| Melanie K. Sharp (No. 2501) | Todd C. Schiltz (No. 3253) |
| James L. Higgins (No. 5021) | 222 Delaware Avenue, Suite 1410 |
| Samantha G. Wilson (No. 5816) | Wilmington, DE 19801-1621 |
| 1000 North King Street | (302) 467-4200 |
| Wilmington, DE 19801 | todd.schiltz@dbr.com |
| (302) 571-6681 | |
| msharp@ycst.com | DRINKER BIDDLE & REATH LLP |
| | Patrick J. Kelleher |
| KAYE SCHOLER LLP | Darren S. Cahr |
| Scott G. Lindvall | 191 North Wacker Drive, Suite 3700 |
| Jeffrey H. Horowitz | Chicago, IL 60606-1698 |
| 425 Park Avenue | (312) 569-1000 |
| New York, NY 10022-3598 | |
| (212) 836-8000 | BRINKS GILSON & LIONE |
| | Gary M. Ropski |
| Paul I. Margulies | Jeffrey J. Catalano |
| The McPherson Building | Laura A. Lydigsen |
| 901 Fifteenth Street, NW | NBC Tower Suite 3600 |
| Washington, DC 20005-2327 | 455 North Cityfront Plaza Drive |
| (202) 682-3500 | Chicago, IL 60611 |
| | (312) 321-4200 |
| Michelle Marek | |
| Three First National Plaza | *Attorneys for Broetje Automation-USA Inc.* |
| 70 West Madison Street, Suite 4200 | *and Brötje-Automation GMBH* |
| Chicago, IL 60602-4231 | |
| (312) 583-2300 | |

*Attorneys for Ateliers de la Haute-Garonne and F2C2 Systems S.A.S.*

SO ORDERED this _____ day of _____, 2015.

3

                                                                                                                   _____
                                                                                                                   United States District Judge

01:17390998.1

4