IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATELIERS DE LA HAUTE-GARONNE (French Corporation) and F2C2 SYSTEMS S.A.S. (French Corporation),<br><br>Plaintiffs,<br><br>v.<br><br>BROETJE AUTOMATION-USA INC. (Delaware Corporation), BRÖTJE-AUTOMATION GMBH (German Corporation),<br><br>Defendants. | Civil Action No.: 09-598-LPS |

## STIPULATION OF DISMISSAL

The parties to this action, Plaintiffs by its principals alone directing undersigned counsel and Defendants by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be and is DISMISSED WITH PREJUDICE, as to all parties and all claims, each party to bear its own costs and attorneys' fees.

_____        _____
Ateliers de la Haute-Garonne                      Broetje Automation –USA Inc.

_____        _____
F2C2 Systems S.A.S.                                   Brötje-Automation GMBH

_____ (#3133)
~~CLAAS America Inc.~~

CLAAS KgaA mbH

pp

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DRINKER BIDDLE & REATH LLP |

/s/ Melanie K. Sharp (by permission /s/ Joseph C. Schoell #3253)

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Samantha G. Wilson (No. 5816)
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Jeffrey H. Horowitz
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Paul I. Margulies
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
(202) 682-3500

Michelle Marek
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
(312) 583-2300

*Attorneys for Ateliers de la Haute-Garonne and F2C2 Systems S.A.S.*

Joseph C. Schoell (No. 3133)
Todd C. Schiltz (No. 3253)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
(302) 467-4200
todd.schiltz@dbr.com

DRINKER BIDDLE & REATH LLP
Patrick J. Kelleher
Darren S. Cahr
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
(312) 569-1000

BRINKS GILSON & LIONE
Gary M. Ropski
Jeffrey J. Catalano
Laura A. Lydigsen
NBC Tower Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200

*Attorneys for Broetje Automation-USA Inc. and Brötje-Automation GMBH*

SO ORDERED this 21ST day of July, 2015.

/s/ LPS

                                                      _____
                                                      United States District Judge

01:17390998.1